STATE OF LOUISIANA, PLAINTIFF-RESPONDENT, v. SHELDON L. ARONSON, DEFENDANT-APPELLANT.

Argued June 24, 1969—Decided July 1, 1969.

*Mr. Harold J. Ruvoldt, Jr.,* argued the cause for appellant (*Messrs. Ruvoldt and Ruvoldt,* attorneys).

*Mr. William J. Cunnane,* Assistant Prosecutor of Hudson County, argued the cause for respondent (*Mr. James A. Tumulty, Jr.,* Prosecutor, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of the Appellate Division, 105 *N. J. Super.* 410.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.